UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANTO GUERRERA | * | |
|     Complainant | * | CIVIL ACTION |
| | * | |
| | * | NO.: 2:24- CV-1354 |
| VERSUS | * | |
| | * | DIVISION "T" |
| UNITED FINANCIAL | * | |
| CASUALTY COMPANY | * | MAG.  3 EJD |
|     Defendants | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STATUS REPORT

**NOW COME**, the parties to the above captioned matter who jointly file the following status report:

**1.    LIST OF ALL PARTIES AND COUNSEL REPRESENTING THE PARTIES:**

Santo Guerrera, plaintiff

Thomas Corrington
3431 Prytania St.
New Orleans, LA 70115
504-895-3431
**Thomas@corringtonlaw.com**
Counsel for plaintiff

United Financial Casualty Company
Charles V. Giordano
Dianna Duffy Willem
3501 N. Causeway Blvd; Suite 400
Metairie, Louisiana 70002
Phone: 504.833.8007
giordano@hebblergiordano.com
willem@hebblergiordano.com
Counsel for United Financial Casualty Company

>Uber Technologies, Inc and Rasier, LLC
>Caroline Murley
>Paula M. Wellons
>Taylor, Wellons, Politz & Duhe, LLC
>1555 Poydras Street, Suite 2000
>New Orleans LA 70112
>504-525-9888
>cmurley@twpdlaw.com
>Counsel for Uber and Rasier
>
>Certain Underwriters of Lloyd's, London subscribing to Policy No. HISOG61P
>R. Patrick Ray
>Frilot LLC
>1100 Poydras Street, Suite 3800
>New Orleans, LA 70163
>(504) 599-8172
>pray@frilot.com
>Counsel for Certain Underwriters of Lloyd's
>(Responsive Pleadings due by October 25, 2024)

**2. MOTIONS:**

**PENDING MOTIONS:**

Presently there are three motions pending before the court and one likely motion to be filed.

Plaintiff filed a motion for summary judgment and requested oral argument. The motion was submitted on July 31, 2024. No evidentiary hearing will be necessary for the resolution of the motion.

Uber/Rasier filed a Motion to Dismiss. No oral argument was requested. The motion was submitted on July 31, 2024. No evidentiary hearing will be necessary for the resolution of the motion.

UFCC filed a motion for summary judgment. The motion was submitted on July 31, 2024. No evidentiary hearing will be necessary for the resolution of the motion.

**POTENTIAL MOTIONS:**

Plaintiff and Certain Underwriters of Lloyd's may file cross-motions for summary

judgment to determine whether the policy issued by Certain Underwriters of Lloyd's provided uninsured/underinsured motorist coverage to the plaintiff for this loss.

**3.    RELEVANT DATES:**

Final Pre-trial conference: Thursday March 27, 2025 at 11:00 am.

Trial April 21, 2025 at 9:30 am - Jury trial. (3 days)

**4.    FACTUAL AND LEGAL ISSUES:**

The plaintiff was a guest passenger in a vehicle operated by John Faciane, who was logged on to the driver version of the Uber application when his vehicle was rear-ended by a hit and run driver. The factual issues will be the nature and extent of the injuries suffered by the plaintiff as a result of the accident.

The legal issue relative to Uber Technologies, Inc. and Rasier, LLC is whether La. R.S. 45:201.6 statutorily requires them to provide uninsured/underinsured motorists overage or whether it permits them to select lower uninsured/underinsured motorists coverage limits or reject uninsured/underinsured motorists coverage altogether.

The legal issue relative to United Financial Casualty Company is whether its named insured validly rejected UM coverage when it completed the Louisiana state-promulgated UM Form, rejecting UM coverage.

The legal issue relative to Certain Underwriters of Lloyd's is whether it was statutorily required to provide UM coverage under its policy, whether plaintiff has coverage under the policy and whether UM coverage was validly rejected by the plaintiff.

**5.    REMAINING DISCOVERY**

The depositions of the plaintiff and his treating physicians remain to be completed.

6.  **SETTLEMENT NEGOTIATIONS:**

    Settlement negotiations are pending resolution of the above legal issues.

    Respectfully submitted,

    _____
    Thomas Corrington
    3431 Prytania St.
    New Orleans, LA 70115
    504-895-3431
    **Thomas@corringtonlaw.com**
    Counsel for plaintiff

    _____
    United Financial Casualty Company
    Dianna Duffy Willem
    3501 N. Causeway Blvd; Suite 400
    Metairie, Louisiana 70002
    Phone: 504.833.8007
    willem@hebblergiordano.com
    Counsel for United Financial Casualty Company

    
    Caroline Murley_____
    Uber Technologies, Inc and Rasier, LLC
    Caroline Murley
    Paula M. Wellons
    Taylor, Wellons, Politz and Duhe, LLC.
    1555 Poydras Street, Suite 2000
    New Orleans LA 70112
    504-525-9888
    cmurley@twpdlaw.com
    Counsel for Uber and Rasier

*R. Patrick Ray*
Certain Underwriters of Lloyd's, London
R. Patrick Ray
Frilot LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
(504) 599-8172
pray@frilot.com
Counsel for Certain Underwriters of Lloyd's

## CERTIFICATE OF SERVICE

I, Thomas Corrington, do hereby certify that on this 23rd day of September, 2024, I have served the foregoing on all counsel of record, either by U.S. mail, email transmission, facsimile transmission, and/or the CM/ECF system:

United Financial Casualty Company
Dianna Duffy Willem
3501 N. Causeway Blvd; Suite 400
Metairie, Louisiana 70002
Phone: 504.833.8007
willem@hebblergiordano.com

Uber Technologies, Inc and Rasier, LLC
Caroline Murley
1555 Poydras Street, Suite 2000
New Orleans LA 70112
504-525-9888
cmurley@twpdlaw.com

Certain Underwriters of Lloyd's, London
R. Patrick Ray
Frilot LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
(504) 599-8172
pray@frilot.com

_____
**THOMAS CORRINGTON**