UNITED STATES DISTRICT= COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANTO GUERRERA** | * | |
|     Complainant | * | CIVIL ACTION |
| | * | |
| | * | NO.: 2:24- CV-1354 |
| **VERSUS** | * | |
| | * | DIVISION "T" |
| **UNITED FINANCIAL** | * | |
| **CASUALTY COMPANY** | * | MAG.   3 EJD |
|     Defendants | * | |
| | * | |

**************************************************************************

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Santo Guerrera, who respectfully requests that this court grant summary judgment on the issue of insurance coverage and decree that, by operation of law, the policy issued by Certain Underwriters of Lloyd's of London provided uninsured/underinsured motorist coverage in the amount of $1,000,000.00 and was in full force and effect at the time of the accident sued upon herein.

Respectfully submitted,



_____
**THOMAS CORRINGTON, BAR NO. 21536**
3431 Prytania St.
New Orleans, Louisiana  70115
Telephone: (504) 895-3431
Facsimile: (504) 895- 1312
Thomas@corringtonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on   November 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dianna Duffy Willem
HEBBLER & GIORDANO, L.L.C.
3501 N. Causeway Boulevard, Suite 400
Metairie, LA  70002
Telephone: (504)833-8007
Facsimile (504)833-2866
willem@hebblergiordano.com

Caroline Murley
1555 Poydras Street, Suite 2000
New Orleans LA 70112
504-525-9888
cmurley@twpdlaw.com


R. Patrick Ray
Frilot LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
(504) 599-8172
pray@frilot.com

 

THOMAS CORRINGTON
Counsel For Plaintiff