UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SANTO GUERRERA** | * | CIVIL ACTION NO. 2:24-cv-1354 |
| | * | |
| VERSUS | * | Judge Greg Gerard Guidry |
| | * | |
| **UNITED FINANCIAL CASUALTY COMPANY** | * | Magistrate Judge Eva J. Dossier |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
## UNITED FINANCIAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendant, **UNITED FINANCIAL CASUALTY COMPANY**, through undersigned counsel, submits this Notice of Supplemental Memorandum in Support of its Motion for Summary Judgment.[1] On December 4, 2024, Chief Judge Nannette Jolivette Brown granted United Financial Casualty Company's Motion for Summary Judgment on a substantially similar issue. *Ward v. Rasier, LLC*, No. CV 23-5503, 2024 WL 4964733 (E.D. La. Dec. 4, 2024).[2] Defendant files this Notice to bring to the Court's attention this recent ruling as supplemental authority for the Court's consideration.

---

[1] Rec. Doc. 15.
[2] A courtesy copy of the Order and Reasons is attached for the Court's convenience.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**
s/Dianna Duffy Willem

BY:  _____
**CHARLES V. GIORDANO, T.A.** (#22392)
giordano@hebblergiordano.com
**DIANNA DUFFY WILLEM** (#36438)
willem@hebblergiordano.com
**BRIAN T. HILL** (#36873)
hill@hebblergiordano.com
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Attorneys for Defendant:
**UNITED FINANCIAL CASUALTY COMPANY**

**C E R T I F I C A T E**

I HEREBY CERTIFY that on December 6, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Thomas Corrington<br>CORRINGTON LAW FIRM<br>3431 Prytania Street<br>New Orleans, LA 70115<br>EM: thomas@corringtonlaw.com | Paula Wellons<br>Jared Davidson<br>Caroline Murley<br>Jonathan Womack<br>TAYLOR, WELLONS, POLITZ, & DUHE<br>1555 Poydras St., Ste. 2000<br>New Orleans, LA 70112<br>EM: pwellons@twpdlaw.com<br>EM: jdavidson@twpdlaw.com<br>EM: cmurley@twpdlaw.com<br>EM: jwomack@twpdlaw.com |
| Patrick J. McShane<br>Danica Denbow Denny<br>R. Patrick Ray<br>Allyson B. Colomb<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163-3600<br>pmcshane@frilot.com<br>pray@frilot.com<br>acolomb@frilot.com | |

s\Dianna Duffy Willem
DIANNA DUFFY WILLEM